Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **David Hartley** : | Case No. 18−21275−GLT |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| : | |
| : | Related to Docket No. 33 |
| : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 7th of August, 2018,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                        Case No. 18-21275-GLT
David Hartley                                                 Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dbas               Page 1 of 2           Date Rcvd: Aug 07, 2018
                              Form ID: 309             Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2018.
db             +David Hartley,    21 N. 5th Street,    Duquesne, PA 15110-1059
cr             +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA 15219,    UNITED STATES 15219-6101
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14803348       +City of Duquesne,    12 S. 2nd Street,    Duquesne, PA 15110-1148
14883039       +City of Duquesne,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
14850813       +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14803349        County of Allegheny,    c/o Goehring, Rutter & Boehm,    14th Floor, Frick Building,
                 Pittsburgh, PA 15219
14803350       +Duquesne City School District,    28 South Third Street,    Duquesne, PA 15110-1279
14803351        Duquesne Light Company,    c/o Allison L. Carr, Esquire,    Bernstein-Burkley, P.C.,
                 Pittsburgh, PA 15219-1900
14803352       +M. Troy Freedman, Esquire,    Stern and Eisenberg, P.C.,    1581 Main Street, Suite 200,
                 The Shops at Valley Square,    Warrington, PA 18976-3400
14803353        Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14803347       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 08 2018 02:28:08
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard, 5th floor,
                 Coral Gables, FL 33146-1837
14821007        EDI: ESSL.COM Aug 08 2018 06:13:00     Dish Network,    P.O. Box 94063,
                 Palatine, IL 60094-4063
14859820       +E-mail/Text: kburkley@bernsteinlaw.com Aug 08 2018 02:28:16     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14860792        EDI: MERRICKBANK.COM Aug 08 2018 06:13:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
14831229        EDI: PRA.COM Aug 08 2018 06:13:00     Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14803732       +EDI: PRA.COM Aug 08 2018 06:13:00     PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14821008        E-mail/Text: csc.bankruptcy@amwater.com Aug 08 2018 02:28:19      Pa-American Water Co.,
                 P.O. Box 578,    Alton, IL 62002-0578
14865284       +E-mail/Text: csc.bankruptcy@amwater.com Aug 08 2018 02:28:20      Pennsylvania American Water,
                 PO Box 578,    Alton, IL 62002-0578
14821009        EDI: RMSC.COM Aug 08 2018 06:18:00     Sams Club Credit Card,    P.O. Box 965004,
                 Orlando, FL 32896-5004
14822767        EDI: WFFC.COM Aug 08 2018 06:18:00     Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                 Des Moines,   IA    50306-0438
14821010        EDI: WFFC.COM Aug 08 2018 06:18:00     Wells Fargo Card Services,    P.O. Box 51193,
                 Los Angeles, CA 90051-5493
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bayview Loan Servicing LLC
cr              Bayview Loan Servicing, LLC, a Delaware Limited Li
cr*            +City of Duquesne,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road,   Suite 3,
                 Pittsburgh, PA 15235-4441
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                TOTALS: 2, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

```
Date: Aug 09, 2018                          Signature:  /s/Joseph Speetjens
```

```
District/off: 0315-2          User: dbas              Page 2 of 2             Date Rcvd: Aug 07, 2018
                              Form ID: 309            Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2018 at the address(es) listed below:
          Ann E. Swartz    on behalf of Creditor    Bayview Loan Servicing LLC ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          Ann E. Swartz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability
           Company ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
          James  Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jennifer L. Cerce    on behalf of Creditor    City of Duquesne jlc@mbm-law.net
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           DMcKay@bernsteinlaw.com
          Michael S. Geisler    on behalf of Debtor David  Hartley m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 10
```